IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TRAVIS STEWART                                                                                      PLAINTIFF

v.                                    Case No. 1:20-cv-1052

UNUM LIFE INSURANCE COMPANY OF AMERICA                              DEFENDANT

## ORDER

Before the Court is the parties' Stipulation for Dismissal with Prejudice. ECF No. 12. The parties stipulate that this case should be dismissed with prejudice. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendant. Thus, Plaintiff's claims against Defendant were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**, with each side bearing their own fees and costs.

**IT IS SO ORDERED**, this 19th day of July, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge